CENTER FOR DISABILITY ACCESS
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

LAW OFFICES OF MELISSA M. BALLARD
Lynne Pearson Houry SBN 126156
1551 North Tustin Ave., Suite 830
Santa Ana, CA 92705
Phone: (714) 571-0407
Fax: (877) 369-5799
Email: Lynne.Houry@thehartford.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>    Plaintiff,<br><br>  v.<br><br>Roman Enterprises, LP, a California Limited Partnership; John Michael Millsap; and Does 1-10,<br><br>    Defendants. | Case: 3:14-CV-00184-GPC-JMA<br><br>**MOTION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## **MOTION**

The parties hereby apply to the court that this action may be dismissed with prejudice as to all parties; each party to bear his/its own attorneys' fees and costs. This motion is made as to the result of the settlement of the action.

Dated: April 14, 2014            CENTER FOR DISABILITY ACCESS

                                 By: /s/ Mark D. Potter
                                 _____
                                 Mark D. Potter
                                 Attorneys for Plaintiff

Dated: April 14, 2014            LAW OFFICES OF MELISSA M. BALLARD

                                 By: /s/ Lynne Pearson Houry
                                 _____
                                 Lynne Pearson Houry
                                 Attorneys for Defendants