UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>v.<br><br>ROMAN ENTERPRISES, LP, a California Limited Partnership; JOHN MICHAEL MILLSAP; and DOES 1-10,<br><br>    Defendants. | Case No. 3:14-cv-0184-GPC-JMA<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL**<br><br>**(ECF NO. 10)** |

Having considered the parties' Motion for Dismissal, and finding good cause therefor, the Court hereby **GRANTS** the Motion.[1] Accordingly, all claims and parties are **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney fees and costs. The Clerk of Court is directed to enter **FINAL JUDGMENT** accordingly and then to **TERMINATE** this case.

DATED: April 17, 2014

HON. GONZALO P. CURIEL
United States District Judge

---

[1] The Court construes the parties Motion as a joint motion. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." In this district, "[a]ny stipulation for which court approval is sought must be filed as a 'joint motion'" and will not be deemed binding on the Court unless approved by a judge. CivLR 7.2.