

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Chris Langer;

                               **Plaintiff,**

                    V.

Roman Enterprises, LP; John Michael Millsap; DOES 1-10;

                               **Defendant.**

**Civil Action No.**   14-cv-184-GPC-JMA

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

All claims and parties are Dismissed With Prejudice, with each party to bear its own attorney fees and costs.

**Date:**   4/17/14

**CLERK OF COURT**
**JOHN MORRILL, Acting Clerk of Court**
By:  s/  S. Melvin

                                      S. Melvin, Deputy